ACCEPTED
03-13-00269-CR
4995668
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 4:56:31 PM
JEFFREY D. KYLE
CLERK

# Linda Icenhauer-Ramirez

1103 Nueces, Austin, Texas 78701
Phone:   512-477-7991   Fax:   512-477-3580
E-Mail: ljir@aol.com

### Attorney and Counselor at Law

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/22/2015 4:56:31 PM
JEFFREY D. KYLE
Clerk

April 22, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

Re:  State of Texas v.  Daniel Lopez Cardoza
　　Appeal of Cause No. D-1-DC-12-201877, 331st District Court of Travis County, Texas
　　Third Court of Appeals Cause No:  03-13-00269-CR

Dear Mr. Kyle:

　　In accordance with Tex.R.App.Proc. 48.4, please be advised that I have sent Mr. Lopez Cardoza a copy of the opinion in his case as well as a letter informing him of his right to file a petition for discretionary review.   I am attaching a copy of the return receipt for this mailing.   If you have any questions, please contact me.
.

　　　　　　　　　　Sincerely,


　　　　　　　　　　Linda Icenhauer-Ramirez



Enclosure



cc:　　Ms. Lisa Stewart, Asst. Dist. Attorney
　　　　Travis County District Attorney's Office
　　　　P.O. Box 1748
　　　　Austin, Texas 78767

**SENDER: *COMPLETE THIS SECTION***

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Shanel Pa*  ☑ Agent
☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

*Shanel Patterson*   *4/15/15*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Daniel Lopez Cordoza
#1852896
Dalhart Unit
11950 Fm 998
Dalhart, Texas 79022

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)

7012 1640 0002 1049 0748

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540